**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LOUIS MARKATOS,

                        Plaintiff,             24 **CIVIL** 0803 (KMK)

        -against-                    **JUDGMENT**

  CITIBANK, N.A.,

                        Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order and Opinion dated March 26, 2026, Defendant's Motion to Dismiss

Plaintiff's Amended Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2026

                                 **TAMMI M. HELLWIG**
                            _____
                                **Clerk of Court**

               **BY:**  _____
                               **Deputy Clerk**